Carrie U. GARRETT, Petitioner,

v.

DEPARTMENT OF The ARMY, Respondent.

No. 2009–3168.

United States Court of Appeals, Federal Circuit.

May 17, 2010.

Sandra Jackson Sheppard, Sheppard and Associates Law Office, Atlanta, GA, for Petitioner.

ON MOTION

*ORDER*

Upon consideration of Carrie U. Garrett's unopposed motion to voluntarily dismiss this appeal from, *Garret v. Army,* MSPB No. AT0752080641–I–1.

IT IS ORDERED THAT:

(1) The motion is granted.